No. 209. UNITED STATES *v.* TWIN CITY POWER COMPANY OF GEORGIA ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *United States* v. *Twin City Power Co.,* 350 U. S. 222. MR. JUSTICE FRANKFURTER, MR. JUSTICE BURTON, MR. JUSTICE MINTON, and MR. JUSTICE HARLAN dissent for the reasons stated in MR. JUSTICE BURTON's dissent in *United States* v. *Twin City*

---

*This judgment vacated and case restored to docket for reargument, *post,* p. 985.

*Power Co.*, 350 U. S., at 229. *Solicitor General Sobeloff* for the United States. *David W. Robinson* for respondents.